IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Judge : Bill Wilson** |
| counsel: Jana Harris | Reporter: C. Nelson |
| counsel: | Clerk: M. Johnson |
| | Interpreter: |
| vs | USPO: E. Staton |
| **TONY DANIELS** | |
| counsel: Bruce Eddy | |
| counsel: | Date: January 17, 2008 |
| | CASE NO: 4:07CR00180-01-WRW |

**COURT PROCEEDING: Supervised Release Revocation Hearing**

**Begin: 9:50 a.m.**                                                                                         **End: 10:45 a.m.**

**Court calls case and reviews to present; deft denies alleged violations; Gov't presents testimony; Gov't rests; No witnesses by deft; Gov't and deft make closing statements; Court finds violations occurred; motion to revoke Granted; 12 months + 1 day BOP; 18 months SR; deft remanded; amended J&C to be entered.**

**Court in recess.**

CourthearingMinutes.Revo.wpd